# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jenny Carolina Vera Salazar, as Next Friend of Hector David Veras Salazar

Petitioner,

v.

Unknown Party,

Respondent.

NO. CV-26-02527-PHX-JJT (CDB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed April 15, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied and this action is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 15, 2026

s/ D. Draper
By    Deputy Clerk